IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE THIGPEN, | } |
| Plaintiff, | } |
| v. | } CIVIL ACTION NO. |
| | } 2:14-cv-426-WMA-HGD |
| CHRISTIAN HILL, et al., | } |
| Defendants. | } |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on June 17, 2015, recommending that plaintiff's claims against defendants Warden Cheryl Price, Warden Cedric Specks, Warden Lloyd Hick, former Alabama Department of Corrections Commissioner Kim Thomas, and Governor Robert Bentley be dismissed, inasmuch as plaintiff made no allegations against any of them. It was further recommended that plaintiff's Eighth Amendment claims, based on alleged improper sexual conduct, against defendants Hart and Hill be referred again to the magistrate judge for further proceedings. (Doc. 11). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is correct and is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED.**

DONE this 30th day of July, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE