```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| WILLIE THIGPEN, | } |
| Plaintiff, | } |
| | }   CIVIL ACTION NO. |
| v. | } |
| | }   2:14-cv-426-WMA-HGD |
| CHRISTIAN HILL, et al., | } |
| Defendants. | } |

### ORDER

In accordance with the accompanying memorandum opinion, it is **ORDERED, ADJUDGED,** and **DECREED** that all of plaintiff's claims in this action against defendants Warden Cheryl Price, Warden Cedric Specks, Warden Lloyd Hick, former Alabama Department of Corrections Commissioner Kim Thomas, and Governor Robert Bentley are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b). It is further **ORDERED** that the remaining claims, against defendants Hill and Hart, are **REFERRED** to the magistrate judge for further proceedings.

DONE this 30th day of July, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE