# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE THIGPEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 2:14-cv-00426-WMA-HGD |
| ) | |
| CHRISTIAN HILL, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 21, 2016, recommending that defendant Hart's motion for summary judgment (doc. 24) be granted and that the plaintiff's claims against defendant Hart be dismissed with prejudice. The magistrate judge further recommended that the plaintiff's claims against defendant Hill be dismissed without prejudice for want of prosecution. The parties were allowed fourteen (14) days to file objections and advised that the failure to file such objections would bar any later challenge or review of the factual findings of the magistrate judge. No objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the

magistrate judge's report is due to be and is hereby is **ADOPTED** and the recommendation is **ACCEPTED**. The court **EXPRESSLY** finds that there are no genuine issues of material fact and defendant Hart is entitled to judgment as a matter of law on the plaintiff's claims.

Accordingly, defendant Hart's motion for summary judgment is due to be **GRANTED** and the plaintiff's claims against him are due to be **DISMISSED WITH PREJUDICE**. The plaintiff's claims against defendant Hill will be **DISMISSED WITHOUT PREJUDICE**. A Final Judgment will be entered.

**DATED** this 9th day of May, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE